**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| DARNELL L. ADAMS, | : | No. 352 WAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| NANCY G. GIROUX, SUPERINTENDENT | : | |
| AT SCI ALBION; AND JACK DANERI, | : | |
| DISTRICT ATTORNEY OF ERIE | : | |
| COUNTY, PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.